```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Sean Snyder,                          :

       Plaintiff,                 :

    v.                                :       Case No. 2:14-cv-300

Ohio Department of                    :       JUDGE MICHAEL H. WATSON
Rehabilitation and Correction,                Magistrate Judge Kemp

       Defendant.                 :

<u>ORDER</u>

Plaintiff has moved for an extension of time to respond to the bill of costs. The motion sets forth good cause for the extension and the motion (Doc. 55) is therefore granted. Plaintiff shall respond within 30 days after he has exhausted his appellate rights.

<u>/s/ Terence P. Kemp</u>
United States Magistrate Judge